Barry L. Flegenheimer
BELL FLEGENHEIMER
119 First Avenue South, Suite 500
Seattle, WA 98104
(206) 621-8777
barrylfp@gmail.com
Attorney for Glenda Rodrigo

Peter Offenbecher
SKELLENGER BENDER, P.S.
520 Pike Street, Suite 1001
Seattle, WA 98104
(206) 623-6501
poffenbecher@skellengerbender.com
Attorney for Christian Ryan Rodrigo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENDA TIGLAO RODRIGO, and CHRISTIAN RYAN RODRIGO.<br><br>Defendants. | NO. 1:23-cr-00003-002-TMB-MMS<br><br>DEFENDANTS' JOINT AND UNOPPOSED MOTION TO RESCHEDULE THE CHANGE OF PLEA AND IMPOSITION OF SENTENCING HEARINGS |

The defendants, Glenda Tiglao Rodrigo and Christian Ryan Rodrigo, through their attorneys, respectfully jointly move this Court for order rescheduling the Change of Plea and Imposition of Sentencing hearings presently set for March 28, 2024 (Dkts. 132 and 133) to a date in July, 2024. The additional time is necessary for the parties to continue to develop information for presentation at the upcoming hearings.

The request is unopposed by the government.

DATED: March 4, 2024.

                                    *s/ Barry Flegenheimer*
                                    Barry Flegenheimer
                                    Attorney for Glenda Tiglao Rodrigo

                                    *s/ Peter Offenbecher*
                                    Peter Offenbecher
                                    Attorney for Christian Ryan Rodrigo

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

DATED: March 4, 2024.

                                                    s/ Melisa Wong
                                                  Melisa Wong
                                                  Legal Assistant
                                                  BELL FLEGENHEIMER